**\*\* E-filed July 31, 2009 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICK FUTIA, | No. C09-00921 HRL |
|         Plaintiff,<br>  v. | **ORDER OF DISMISSAL**<br><br>[Re: Docket No. 5] |
| NATWARLAL M. PANCHAL, GITA N. PANCHAL, NATWARLAL PANCHAL and GITA PANCHAL, individually and as Trustees, | |
|         Defendants. | |

The parties advise that they have entered a full settlement in the above-entitled action and have stipulated to dismissal.

IT IS HEREBY ORDERED that this action is dismissed with prejudice. However, if any party certifies to this court, no later than January 31, 2011, with proof of service of a copy on the other party, that the agreed consideration for the settlement has not been delivered or that the settlement has not been consummated as agreed, the foregoing ORDER SHALL STAND VACATED and this action shall be restored to the calendar and be set for trial.

Dated: July 31, 2009

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

**C 09-00921 Notice will be electronically mailed to:**

Thomas Nelson Stewart, III    t_stew_3@yahoo.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**